UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIM KAUFMAN and GLENN KAUFMAN,

    Plaintiffs,

-against-

UNITEDHEALTH GROUP INC.,
UNITEDHEALTHCARE, UNITED HEALTHCARE
INSURANCE COMPANY OF NEW YORK,
UNITEDHEALTHCARE OF NEW YORK, INC.,
OXFORD HEALTH PLANS LLC and OXFORD
HEALTH PLANS (NY), INC.,

    Defendants.

08 Civ. 5401 (HB)

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR MOVE AGAINST THE COMPLAINT**

ECF Case

---

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Kim Kaufman and Glenn Kaufman and defendants UnitedHealth Group Inc., UnitedHealthcare, United Healthcare Insurance Company of New York, UnitedHealthcare of New York, Inc., Oxford Health Plans LLC and Oxford Health Plans (NY), Inc., that defendants' time to move against or answer the complaint, which was served by plaintiffs on June 18, 2008, is extended from July 8, 2008, to and including August 8, 2008.

No previous requests for an extension have been made.

June 30, 2008

| CRAVATH, SWAINE & MOORE LLP, | UNITEDHEALTH GROUP INC., et al., |
|---|---|
| by *[signature]* | by *[signature]* |
| Max R. Shulman<br>A member of the Firm | Brian Kemper, Esq. |
| | *Attorney for Defendants* |

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
mshulman@cravath.com

*Attorneys for Plaintiffs*

**SO ORDERED:**

*[signature]* 7/8/08

Hon. Harold Baer
U.S.D.J.

2