UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIM KAUFMAN and GLENN KAUFMAN,

                                Plaintiffs,    Civ. Act. No.: 08 CIV. 5401

      -against-                       **DEFENDANT UNITED HEALTHCARE OF NEW YORK, INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

UNITEDHEALTH GROUP INC.,
UNITEDHEALTHCARE, UNITED HEALTHCARE
INSURANCE COMPANY OF NEW YORK,
UNITEDHEALTHCARE OF NEW YORK, INC.,
OXFORD HEALTH PLANS LLC and OXFORD
HEALTH PLANS (NY), INC.,

                                 DOCUMENT
                                 ELECTRONICALLY FILED

                              Defendants.
------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, UNITED HEALTHCARE OF NEW YORK, INC. certifies that UnitedHealth Group Incorporated is its corporate parent which is publicly held and owns 10% or more of its stock.

Dated:    New York, New York
             August 8, 2008

                                 Respectfully Submitted,

                                 s/
                                 MICHAEL H. BERNSTEIN (MB 0579)
                                 JOHN T. SEYBERT (JS 5014)
                                 SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                 125 Broad Street, 39th Floor
                                 New York, New York 10004-2400
                                 Telephone: (212) 422-0202
                                 Facsimile: (212) 422-0925
                                 (SDMA File No. 2072-060095)
                                 *Attorneys for Defendants*
                                 *UNITEDHEALTH GROUP INC.,*
                                 *UNITEDHEALTHCARE, UNITED HEALTHCARE*
                                 *INSURANCE COMPANY OF NEW YORK,*
                                 *UNITEDHEALTHCARE OF NEW YORK, INC.,*
                                 *OXFORD HEALTH PLANS LLC and OXFORD*
                                 *HEALTH PLANS (NY), INC.*

TO:
Max R. Shulman, Esq.
CRAVATH, SWAIN & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
mshulman@cravath.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT UNITED HEALTHCARE OF** NEW YORK, INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1 was served **ECF and Regular Mail** on August 8, 2008, upon the following:

>Max R. Shulman, Esq.
>CRAVATH, SWAIN & MOORE LLP
>825 Eighth Avenue
>New York, New York 10019
>Telephone: (212) 474-1000
>mshulman@cravath.com
>*Attorneys for Plaintiffs*

Dated:  New York, New York
        August 8, 2008

s/ _____
MICHAEL H. BERNSTEIN (MB 0579)

3