UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIM KAUFMAN and GLENN KAUFMAN,

                                Plaintiffs,     Civ. Act. No.:  08 CIV. 5401

              -against-                     **DEFENDANT OXFORD HEALTH PLANS LLC'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

UNITEDHEALTH GROUP INC.,
UNITEDHEALTHCARE, UNITED HEALTHCARE
INSURANCE COMPANY OF NEW YORK,
UNITEDHEALTHCARE OF NEW YORK, INC.,
OXFORD HEALTH PLANS LLC and OXFORD
HEALTH PLANS (NY), INC.,              DOCUMENT
ELECTRONICALLY FILED

                           Defendants.
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, OXFORD HEALTH PLANS, LLC certifies that UnitedHealth Group Incorporated is its corporate parent which is publicly held and owns 10% or more of its stock.

Dated:    New York, New York
          August 8, 2008

                         Respectfully Submitted,

                         s/
                         MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile:  (212) 422-0925
(SDMA File No. 2072-060095)
***Attorneys for Defendants***
*UNITEDHEALTH GROUP INC.,
UNITEDHEALTHCARE, UNITED HEALTHCARE
INSURANCE COMPANY OF NEW YORK,
UNITEDHEALTHCARE OF NEW YORK, INC.,
OXFORD HEALTH PLANS LLC and OXFORD
HEALTH PLANS (NY), INC.*

TO:
Max R. Shulman, Esq.
CRAVATH, SWAIN & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
mshulman@cravath.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached DEFENDANT OXFORD HEALTH PLANS LLC'S DISCLOSURE **OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served **ECF and Regular Mail** on August 8, 2008, upon the following:

> Max R. Shulman, Esq.
> CRAVATH, SWAIN & MOORE LLP
> 825 Eighth Avenue
> New York, New York 10019
> Telephone: (212) 474-1000
> mshulman@cravath.com
> *Attorneys for Plaintiffs*

Dated:  New York, New York
         August 8, 2008

s/ _____

MICHAEL H. BERNSTEIN (MB 0579)

3