AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

KIM KAUFMAN and GLENN KAUFMAN,

        Plaintiffs,

-against-

UNITEDHEALTH GROUP INC., et al.

        Defendants.

**APPEARANCE**

Case Number: 08 CIV. 5401 (HB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    defendants UNITEDHEALTH GROUP INC., UNITEDHEALTHCARE, UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK, UNITEDHEALTHCARE OF NEW YORK, INC., OXFORD HEALTH PLANS LLC and OXFORD HEALTH PLANS (NY), INC.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/8/2008 | John T. Seybert |
| Date | Signature |
| | John T. Seybert      JS-5014 |
| | Print Name      Bar Number |
| | Sedgwick, Detert, Moran & Arnold, LLP, 125 Broad Street |
| | Address |
| | New York    NY    10004-2400 |
| | City    State    Zip Code |
| | (212) 422-0202    (212) 422-0925 |
| | Phone Number    Fax Number |

## **CERTIFICATE OF SERVICE**

    I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **APPEARANCE** was served **ECF and Regular Mail** on August 8, 2008, upon the following:

        Max R. Shulman, Esq.
        CRAVATH, SWAIN & MOORE LLP
        825 Eighth Avenue
        New York, New York 10019
        Telephone: (212) 474-1000
        mshulman@cravath.com
        ***Attorneys for Plaintiffs***

Dated:  New York, New York
        August 8, 2008

                                            s/ _____
                                                JOHN T. SEYBERT (JS 5014)