# SEDGWICK
**DETERT, MORAN & ARNOLD LLP**

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

August 12, 2008

**VIA HAND DELIVERY**
Hon. Harold Baer, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
[AUG 1 - 2008]
U.S.D.J.
S.D.N.Y

Re: *Kaufman* v. *UnitedHealth Group, Inc., et al.*
Civ. Act. No. 08 Civ. 5401
File No.: 2072-060095

Dear Judge Baer:

I am lead counsel for the defendants in the above-referenced action. Plaintiffs' counsel advised me of an initial conference with the Court scheduled for September 4, 2008. We request an adjournment of the conference to another day because I will be in California on September 4th. Plaintiffs' counsel consents to the adjournment. In accord with your rules, a copy of the Docket Report is enclosed.

I am available the following week for a conference on all days except September 9 and 10.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein (MB 0579)
Sedgwick, Detert, Moran & Arnold LLP
Enclosures
JTS/jts

cc: Max R. Shulman, Esq. (via email)
    Brad Konstandt, Esq. (via email)

*The PTC is now scheduled for September 18, 2008, 2:00pm*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 8/13/08

NY/530922v1

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office