**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

August 22, 2008

**VIA HAND DELIVERY**
Hon. Harold Baer, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

AUG 25 2008

Re:  Kaufman v. UnitedHealth Group, Inc., et al.
     Civ. Act. No. 08 Civ. 5401
     File No.: 2072-060095

Dear Judge Baer:

    I am lead counsel for the defendants in the above-referenced action. We are in receipt of the Court's Order rescheduling the initial conference for September 18, 2008. Unfortunately, neither plaintiffs' counsel nor defendants' counsel are available to appear at the scheduled time. I understand that the Court has two dates available for the conference in October, which are the October 2 and October 16, 2008. I will be out of state on October 2, 2008, but I am available on October 16, 2008. I have confirmed with plaintiffs' counsel that he is also available on October 16, 2008. Accordingly, we respectfully request on the consent of all parties that the conference scheduled for September 18, 2008 be rescheduled for October 16, 2008.

    Thank you for your consideration of this matter.

Respectfully submitted,

[signature]

Michael H. Bernstein (MB 0579)
Sedgwick, Detert, Moran & Arnold LLP
JTS/jts

cc:  Max R. Shulman, Esq. (via email)
     Brad Konstandt, Esq. (via email)

*[Handwritten annotation: October 16, 08 at 3:30 PM]*

SO ORDERED:

[signature]
Harold Baer, Jr. U.S.D.J.
Date: 8/26/08

NY/531422v1

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office